IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL F. MITCHELL, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 18-CV-5636 |
| KEVIN KAUFFMAN, *et al.* | : |
| Defendants. | : |



## ORDER

AND NOW, this 25th day of March, 2019, upon consideration of Plaintiff Paul F. Mitchell's *pro se* Amended Complaint (ECF No. 17), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Petrese B. Tucker*
**PETRESE B. TUCKER, J.**